Kristin K. Mayes
Attorney General
Firm State Bar No. 14000

Bradley J. Stevens
Assistant Attorney General
AZ Bar No. 006723
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: Bradley.Stevens@azag.gov
Attorneys for the State of Arizona
 *ex rel*. Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RYAN DANIEL JONES,<br>SSN: XXX-XX-4804<br><br>Debtor. | Chapter 13<br><br>Case No. 2:25-bk-11315-PS<br><br>**OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN**<br><br>Docket No. 13 |

The State of Arizona *ex rel.* Arizona Department of Revenue (the "**Department**") objects to the *Original Chapter 13 Plan* (the "**Plan**") filed by Ryan D. Jones (the "**Debtor**") on November 24, 2025 as follows:

1. The Department is the agency empowered and entitled to enforce Arizona tax laws and regulations, including but not limited to individual income taxes, transaction privilege taxes ("**TPT**") and withholding taxes ("**WTH**"). A.R.S. §§ 43-208; 42-1004 *et seq*.; 43-101 *et seq*.

2. The Debtor is an individual residing in the State of Arizona and upon information and

BCE25-03429

Case 2:25-bk-11315-PS   Doc 39   Filed 01/28/26   Entered 01/28/26 13:56:29   Desc
Main Document    Page 1 of 5

belief is required to file and pay certain tax liabilities to the Department, including individual income taxes. *See* A.R.S. §§ 43-301, 43-501.

3. The Department filed a proof of claim establishing a priority claim in the amount of $10,160.00, and a non-priority unsecured claim in the amount of $746.32. A true and accurate copy of the Department's Original Proof of Claim (the "**Claim**") dated November 26, 2025 is No. 1-1 on the Court's Claims Register. In addition, the Department's Claim indicates that the Debtor is not current with the filing of all prepetition tax returns. As of today, the following returns remain unfiled (the "**Outstanding Returns**"):

| Income | 2019, 2021 through 2024 |

4. As indicated in the Department's Claim, the Debtor has failed to file all tax returns as required by 11 U.S.C. § 1308. Failure of the Debtor to file the Outstanding Returns constitutes cause to convert or dismiss the case. *See* 11 U.S.C. § 1307(e), Local Rule of Bankruptcy Procedure 2084-5. Moreover, the Plan cannot be confirmed until such time that the Debtor files the Outstanding Returns. 11 U.S.C. § 1325(a)(9). Signed, dated, and non-redacted copies of the returns with all federal form W-2s and Federal Schedule A, as applicable, may be sent to Stephanie.Juarez@azag.gov, which the Department will accept as filed on the date that complete returns are received by the Attorney General's Office.

5. The Department's Claim is entitled to priority treatment pursuant to 11 U.S.C. § 507(a)(8)(A). The Plan is required to provide payment in full of all priority claims, unless the claimant agrees otherwise. 11 U.S.C. § 1322(a)(2). Here, the Department has not agreed to different treatment than what Section 1322 requires and the Plan does not provide for the full

payment of the Department's priority claim. Therefore, the Plan cannot be confirmed. 11 U.S.C. § 1325(a)(1).

6. The Department's Claim consists of liabilities that were either: (1) filed late and within two years of the current bankruptcy; or (2) filed after the commencement of this bankruptcy. These obligations are non-dischargeable under the "Two Year Rule" and the Department requests that language is included within an order of confirmation to clarify as such. 11 U.S.C. §§ 523(a)(1)(B)(ii), 1328(a)(2), 1322(b)(11), *In re Savaria*, 317 B.R. 395 (B.A.P. 9th Cir. 2004). The Department suggests the following:

> To the extent that the Arizona Department of Revenue's non-dischargeable liabilities are not paid in full through pro rata distributions under the Debtor's Plan or through direct payments outside of the Plan, the unpaid balance along with post-petition and post-confirmation interest shall **not** be discharged in accordance with 11 U.S.C. §§ 523(a)(1)(B)(ii) and 1328(a).

7. The Department does not waive its right to a confirmation hearing under 11 U.S.C. § 1324(b) and reserves the right to amend, supplement, or withdraw its Objection to Confirmation.

## Conclusion

In order to confirm the Plan, the Debtor must address and remedy the objections specified herein in order to comply with the Bankruptcy Code. Since the Plan, as it is currently proposed, does not comply with 11 U.S.C. § 1325 and other provisions of the Bankruptcy Code as stated herein, the Plan cannot be confirmed.

## **REQUEST FOR RELIEF**

**WHEREFORE**, the Department prays as follows:

1. That the Court deny confirmation of the proposed Plan, or in the alternative, that the Debtor is ordered to amend or modify the Plan to remedy the Department's objections

herein;

2. That the failure of the Debtor to amend or modify the Plan to remedy the Department's objections herein and conform the Plan with the Bankruptcy Code in a reasonable time, that the Court dismiss or convert this case to a Chapter 7; and

3. For such other and further relief as this Court deems proper.

RESPECTFULLY SUBMITTED this 28th day of January, 2026.

        KRISTIN K. MAYES
        Attorney General

        _____
        Bradley J. Stevens
        Assistant Attorney General
        Attorney for the State of Arizona
         *ex rel.* Arizona Department of Revenue

| | |
|---|---|
| 1 | ORIGINAL of the foregoing filed electronically this 28th day of January, 2026 with: |
| 2 | United States Bankruptcy Court |
| 3 | District of Arizona |
| 4 | COPY of the foregoing sent by U.S. Mail or by email* this 28th day of January, 2026 to: |
| 5 | Ryan D. Jones |
| 6 | 2201 E Shea Blvd |
|   | Phoenix, AZ 85028 |
| 7 | *Pro Se Debtor* |
| 8 | |
|   | Russell Brown, Ch. 13 Trustee* |
| 9 | Russell Brown, Ch. 13 Trustee |
|   | 3838 N. Central Ave., Ste. 800 |
| 10 | Phoenix, AZ 85012-1965 |
|   | mail@ch13bk.com |
| 11 | *Chapter 13 Trustee* |
| 12 | |
| 13 | |
|   | _____ |
| 14 | Stephanie Juarez |

5

Case 2:25-bk-11315-PS    Doc 39    Filed 01/28/26    Entered 01/28/26 13:56:29    Desc
Main Document      Page 5 of 5